IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                              2:05-cr-152-9

Frank Acevedo
aka Juan M. Martinez-Guzman

## ORDER

On April 11, 2006, the defendant appeared before the magistrate judge, and consented to enter a guilty plea before the magistrate judge.  The defendant pleaded guilty to Counts 6 and 7 of the superseding indictment, and has admitted to the forfeiture counts contained in Counts 11, 12 and 15 of the superseding indictment.  On April 11, 2006, the magistrate judge filed a Report and Recommendation recommending that the defendant's guilty pleas be accepted.  There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Docket No. 213) that the defendant's guilty pleas be accepted.  The court accepts the defendant's pleas of guilty to Counts 6 and 7 of the superseding indictment, and he is hereby adjudged guilty on those counts.  The court also accepts the defendant's admissions to the forfeitures alleged in Counts 11, 12 and 15 of the superseding indictment.  The court will defer acceptance of the plea agreement until after the court has had the opportunity to review the final presentence investigation report.

Date: June 26, 2006                        s\James L. Graham
                                              James L. Graham
                                             United States District Judge